CLAUDETTE TREMBLAY *v.* HENRY TREMBLAY
(10160)

NORCOTT, LAVERY and W. SULLIVAN, Js.

Argued December 2—decision released December 17, 1991

*Carlo Forzani,* with whom was *Carol Widing,* for the appellant (defendant).

*Jonathan W. A. Ruhe,* with whom, on the brief, was *Barbara J. Ruhe,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.